UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:

HAL LUFTIG COMPANY, INC.,

                            Debtor.

------------------------------------------------------------------------X
HAL LUFTIG COMPANY, INC.,

                            Plaintiff,

v.

FCP ENTERTAINMENT PARTNERS, LLC,

                            Defendant.

------------------------------------------------------------------------X

Chapter 11 (Subchapter V)

Case No. 22-_____(___)

Adv. Pro. No.22_____(___)

### ORDER SCHEDULING HEARING TO CONSIDER DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 362(a) AND 105(a): (I) TO EXTEND THE AUTOMATIC STAY TO NON-DEBTOR HAL LUFTIG; (II) FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; (III) SETTING HEARING DATE; AND (IV) FIXING THE FORM AND MANNER OF NOTICE

Upon the motion ("Motion") (ECF Doc. Nos. __) of Hal Luftig Company, Inc., debtor and debtor-in-possession (the "Debtor") dated November  , 2022, pursuant to §§ 105(a) and 362 of title 11, United States Code (the "Bankruptcy Code") requesting: (i) an order extending the automatic stay to non-debtor Hal Luftig ("Mr. Luftig"); (ii) a temporary restraining order ("TRO") and preliminary injunction ("Preliminary Injunction") precluding FCP Entertainment Partners, LLC ("FCP") and its officers, directors, members, agents, parents and affiliates from any and all efforts and actions to enforce the Final Award[1], the Clerk's Final Judgment and or any judgment or judgments entered with respect to the Final Award and the Clerk's Final

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Complaint filed November  , 2022 ("Complaint" ECF__), Luftig Declaration and Amato Declaration.

987851

Judgment; (iii) scheduling a hearing or hearings to consider entry of the TRO and Preliminary Injunction; and (iv) fixing the form, manner and extent of notice of the hearing to consider the Motion; and

This Court finding that: (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 105(a) and 362; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) the relief granted herein is in the best interest of the Debtor, its estate and creditors; and (iv) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and due deliberation having been had and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT**: all parties-in-interest show cause before the undersigned Bankruptcy Judge on _____, 2022, at \_\_\_\_:\_\_\_\_ \_\_.m. or as soon thereafter as counsel can be heard, at a hearing (the "Hearing") at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408, Courtroom \_\_\_\_, to consider why an order or orders should not be entered:

(a)    Granting the TRO and Preliminary Injunction enjoining and staying FCP and its officers, directors, members, agents, parents and affiliates from any and all efforts and actions to enforce the Final Award, the Clerk's Final Judgment and or any judgment or judgments entered with respect to the Final Award and the Clerk's Final Judgment as against Mr. Luftig and his assets, tangible or intangible, which absent such TRO and Preliminary Injunction FCP might otherwise be able to seek to collect against under applicable law; and

(b)    such other and further relief as may be just and proper; and it is

**ORDERED**, that pending the Hearing and determination of the Motion, FCP and its officers, directors, members, agents, parents and affiliates be and hereby are stayed and prohibited from taking any actions to enforce the Final Award, the Clerk's Final Judgment and or

any judgment or judgments entered with respect to the Final Award and the Clerk's Final Judgment as against Mr. Luftig and his assets, tangible or intangible, which absent such TRO and Preliminary Injunction FCP might otherwise be able to seek to collect against under applicable law; and it is further

**ORDERED** that, the Debtor shall provide notice of the Motion and Hearing by providing a copy of this Order and the Motion with exhibits annexed thereto by email and overnight mail on or before the close of business on _____, 2022, to the following parties and/or their respective counsel, as applicable (the "Notice Parties"): (i) FCP; (ii) Office of the United States Trustee for Region 2, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: _____Esq; (iii) the Subchapter V trustee, once appointed; (iv) the Debtor's 20 largest unsecured creditors; (v) Debtor's Banks; (vi) Adam L. Rosen, PLLC, 1051 Port Washington Blvd., PO Box 552, Port Washington, NY 11050, Attention: Adam L. Rosen, Esq., adam.rosen@ALRcounsel.com, counsel to Mr. Luftig; and (vii) any such other party entitled to notice pursuant to Rule 9013–1(b) of the Local Bankruptcy Rules for the Southern District of New York ("**Local Rules**") or that requests notice pursuant to Bankruptcy Rule 2002. The form and manner of notice set forth above shall constitute good and sufficient notice and any requirements for other notice be, and hereby are, waived and dispensed with pursuant to Bankruptcy Rules 2002, 6006, 9006 and 9007 and § 105 of the Bankruptcy Code; and it is further

**ORDERED** that, the Hearing may be adjourned from time to time without further notice other than by an announcement of said adjournment in Court or by notation on the Court's official calendar for the date scheduled for said hearing; and it is further

**ORDERED** that, responsive papers or objections, if any, to the relief sought at the Hearing by parties with legal representation shall be filed (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-399), which may be accessed (with a password which is available by contacting the Bankruptcy Court's technical assistance at (631) 712-6200, Monday through Friday, 8:30 a.m. to 5:00 p.m.) through the Internet at the Bankruptcy Court's website: www.nysb.uscourts.gov, using Netscape Navigator software version 3.0 or higher, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in either Word, WordPerfect, or DOS text (ASCII) format.  An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph.  A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Clerk of the Court to the attention of the Honorable_____.  The objection shall be served in accordance with General Order M-399 by email and overnight mail so as to be received no later than __:00 p.m. on _____, 2022, upon the following parties:  (i) the Notice Parties; and (ii) Ruskin Moscou Faltischek, P.C., East Tower, 15th Floor, 1425 RXR Plaza, Uniondale, New York 11556-1425, Attention: Sheryl P. Giugliano, Esq., sgiugliano@rmfpc.com, and Michael S. Amato, Esq., mamato@rmfpc.com, proposed counsel for Debtor; with a courtesy copy to the Chambers of the Honorable_____, U.S. Bankruptcy Court for the Southern District of

New York, One Bowling Green, New York, NY 10004-1408, Courtroom _____, together with proof of service thereof, so as to be actually received no later than **__:00 p.m. on _____, 2022**; and it is further

**ORDERED**, that the Debtor shall have the opportunity to submit a reply in response to any such objections, provided that such reply shall be served in accordance with General Order M-399 by email and overnight mail so as to be received no later than **__:00 p.m. on _____, 2022**, upon the Notice Parties and to the extent not included therein, the party submitting the objection to the Motion.

Dated: New York, New York
       November_____, 2022